# United States District Court

**FILED**

DISTRICT COURT OF GUAM

JAN 07 005

FOR THE     **DISTRICT OF**     GUAM

**MARY L.M. MORAN**
**CLERK OF COURT**

**UNITED STATES OF AMERICA**

      **v.**

**WAIVER OF INDICTMENT**

DUAN LI

**Case Number:**    05 – 00001

Defendant(s).

I, _____ Duan Li _____ the above-named defendant, who is accused of

FALSE USE OF A PASSPORT, in Violation of Title 18, United States Code, Section 1543

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on /‑ 7 ‑ 0 5      prosecution by indictment and consenting that the proceeding may be by information rather than by indictment.

_LI DUAN_

DUAN LI
*Defendant*

WILLIAM L. GAVRAS
*Counsel for Defendant*

Before: _____
        *Judicial Officer*