1  DLi.Info

2  LEONARDO M. RAPADAS
   United States Attorney
3  FREDERICK A. BLACK
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
5  108 Hernan Cortes Avenue
   Hagatna, Guam 96910
6  PHONE: (671) 472-7332
7  FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
JAN 07 2005
MARY L.M. MORAN
CLERK OF COURT

8  Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| vs. | ) | |
| | ) | **FALSE USE OF PASSPORT** |
| DUAN LI, | ) | [18 U.S.C. § 1543] |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

On about December 29, 2004, in the District of Guam and elsewhere, the defendant herein, DUAN LI, did willfully and knowingly use and attempt to use a false passport in an attempt to enter the United States, by presenting to a U.S. Customs and Border Inspector a British National Overseas passport, number 612623418, in the name of Duan LI, and defendant knowing said

//

//

//

//

passport was false, altered and did not belong to him, in violation of Title 18, United States Code, Section 1543.

Dated this 6th day of January, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By _____
FREDERICK A. BLACK
Assistant U.S. Attorney