FILED
DISTRICT COURT OF GUAM
JAN 07 2005
MARY L.M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00001 |
|---|---|
| Plaintiff, | |
| vs. | O R D E R |
| **DUAN LI**, | |
| Defendant. | |

IT IS HEREBY ORDERED that **WILLIAM GAVRAS** is appointed to represent the defendant in the above-entitled case.

Dated this 7TH day of January, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM