IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
JAN 07 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00001  DATE: 01/07/05  TIME: 2:14 P.M.

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 2:14:08 - 2:46:24
Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: F. Tenorio

**APPEARANCES**

DEFT: __DUAN LI__  ATTY: __WILLIAM GAVRAS__
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.  (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK  AGENT:

U.S. PROBATION: CARLEEN BORJA  U.S. MARSHAL: R. LUMUAGI

INTERPRETER: __CHUNG HARRELL__  ( ) SWORN  LANGUAGE: __CHINESE__
(X) PREVIOUSLY SWORN

PROCEEDINGS:  - WAIVER OF INDICTMENT
              - FILING OF INFORMATION
              - PLEA

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED  AGE: __32__  HIGH SCHOOL COMPLETED: __Middle School__
(X) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE  ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: (X) GUILTY ( ) NOT GUILTY - TO: __FALSE USE OF PASSPORT__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) ACCEPTED ( ) REJECTED
( ) COURT ORDERS PLEA AGREEMENT SEALED
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

(X) SENTENCING DATE: __MARCH 15, 2005__ at __10:00 A.M.__ ( ) STATUS HEARING:_____ at _____
(X) PRESENTENCE REPORT ORDERED AND DUE: __FEBRUARY 21, 2005__
( ) PRELIMINARY EXAMINATION SET FOR:_____
( ) ARRAIGNMENT SET FOR:_____ at _____
( ) TRIAL SET FOR:_____

PROCEEDINGS CONTINUED TO:_____ at _____
(X) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

The Court appointed Mr. Gavras to represent the defendant. The defendant consented to enter his plea before a U.S. Magistrate Judge. The Court signed the report and recommendation concerning defendant's plea of guilty. The parties requested the Court to set sentencing in March. GRANTED.