IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>DUAN LI,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00001<br><br>**ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILTY AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging her with False Use of Passport, in violation of 18 U.S.C. § 1543, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 7th day of February 2005.

                                              DAVID W. HAGEN*
                                              District Judge

---

* The Honorable David W. Hagen, United States District Judge for the District of Nevada, sitting by designation.