IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING

CASE NO. CR-05-00001  DATE: 03/15/2005  TIME: 11:32 A.M. ⑬

***

**HON. RONALD S.W. LEW, Designated Judge**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 11:32:30 - 11:41:10

Law Clerk: Kate Wharton
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Benavente

**APPEARANCES**

DEFT: __DUAN LI__
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

ATTY: __ALEXANDER GORMAN__
( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK

AGENT:

U.S. PROBATION: CARLEEN BORJA

U.S. MARSHAL: P. RABINA / J. SALAS

INTERPRETER: __FOO MEE CLINARD__  ( ) SWORN  LANGUAGE: __CHINESE__
( X ) PREVIOUSLY SWORN

***

( ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE ___ GRANTED
    COURT DEPARTS TO A LEVEL_____ FROM A LEVEL_____
( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE
( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:       Total offense level: 6       Criminal History Category: I

**NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Requested the Court to impose a sentence of time served and to waive any fine payment.

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Recommended defendant be sentenced to time served (approximately 77 days).

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS: