| PROB 12C | | |
|---|---|---|
| (12/04) | | |

# UNITED STATES DISTRICT COURT

for

## District of Guam



**FILED**
DISTRICT COURT OF GUAM
JUN 1 4 2006
MARY L.M. MORAN
CLERK OF COURT



## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Duan Li**     Case Number: **CR05-00001-001**

Name of Sentencing Judicial Officer:    Ronald S.W. Lew

Date of Original Sentence:   March 15, 2005

Original Offense:   False Use of Passport, 18 U.S.C. §1543.

Original Sentence: Time served (77 days) to be followed by a two year term of supervised release with conditions to include: that the defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days from release of imprisonment and at least two periodic drug tests thereafter; cooperate with thec collection of DNA as directed by the probation officer; comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; perform 200 hours of community service under the direction of the U.S. Probation Office; pay a $100 special assessment fee; and that he be turned over to a duly authorized immigration official for deportation proceedings pursuant to 18 U.S.C. §3583(d), and with the established procedures provided by the Immigration and Naturalization Act under 8 U.S.C. §1101. As a further condition of supervised release, if ordered deported, the defendant shall remain outside of the United States and shall not re-enter the United States without the permission of the Attorney General. If deportation fails to occur and the defendant is pending any further immigration proceedings, he shall immediately report to the U.S. Probation Office to begin his term of supervised release.

Type of    Supervised Release    Date Supervision Commenced:    March 15, 2005
Assistant U.S. Attorney:    Frederick A. Black    Defense Attorney:    William L. Gavras

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.    Failure to appear to begin supervised release term on July 28, 2005.

ORIGINAL

Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*Please see attached Declaration in Support of Petition written by*
*U.S. Probation Officer Judy Anne L. Ocampo.*

Reviewed by:

Reviewed by:

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 5/31/06

_[signature]_
FREDERICK A. BLACK
Assistant U.S. Attorney
Date: 6-8-06

_[signature]_
JUDY ANNE L. OCAMPO
U.S. Probation Officer
Executed on: 5/31/06

---

THE COURT ORDERS:

[ ] No action.
[✓] The issuance of a warrant.
[ ] The issuance of a summons.
[ ] Other

The court finds probable cause for the issuance of a warrant.

_[signature]_
Signature of Judicial Officer
JOHN A. HOUSTON, Designated Judge
U.S. District Court of Guam
6-14-2006
Date

RECEIVED JUN 12 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

# VIOLATION WORKSHEET

1. Defendant **Duan Li**
2. Docket Number (Year-Sequence-Defendant No.) CR 05-00001-001
3. District/Office Guam
4. Original Sentence Date 3 / 15 / 05
                                month / day / year

(If different than above):

5. Original District/Office N/A
6. Original Docket Number (Year-Sequence-Defendant No.) N/A
7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| • Failure to appear to begin supervision release term on July 28, 2005. | C |

8. Most Serious Grade of Violation (see §7B1.1(b)) — C
9. Criminal History Category (see §7B1.4(a)) — I
10. Range of Imprisonment (see §7B1.4(a)) — 3 - 9 months
11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to: United States Sentencing Commission, One Columbus Circle, N.E. Suite 2-500, Washington, D.C. 20002-8002 Attn: Document Control, Office of Monitoring**

Case 1:05-cr-00001  Document 15  Filed 06/14/2006  Page 3 of 6

Defendant: Duan Li

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    Restitution ($)  N/A                   Community Confinement  N/A

    Fine ($)  N/A                          Home Detention  N/A

    Other  200hrs. community service       Intermittent Confinement  N/A

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term:  N/A  to  N/A  years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment:  **27- 33 months**

14. **Departure**

    **List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:**

    None.

15. **Official Detention Adjustment** (see §7B1.3(e)):  _____ months  _____ days

Mail documents to: United States Sentencing Commission, One Columbus Circle, N.E. Suite 2-500, Washington, D.C. 20002-8002 Attn: Document Control, Office of Monitoring

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 05-00001-001 |
| Plaintiff, | ) ) ) | DECLARATION IN SUPPORT OF PETITION |
| vs. | ) ) | |
| DUAN LI, | ) ) | |
| Defendant. | ) ) | |

**Re: Violation of Supervised Release Conditions; Warrant requested.**

I, U.S. Probation Officer Judy Anne L. Ocampo, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Duan Li, and in that capacity declare as follows:

Duan Li was sentenced on March 15, 2005 for False Use of a Passport, in violation of 18 U.S.C. §1543. He is alleged to have violated the following conditions of his supervision:

**Mandatory Condition:** *The defendant shall be turned over to a duly authorized immigration official for deportation proceedings pursuant to 18 U.S.C. §3583(d), and with the established procedures provided by the Immigration and Naturalization Act under 8 U.S.C. §1101. As a further condition of supervised release, if ordered deported, the defendant shall remain outside of the United States and shall not re-enter the United States without the permission of the Attorney General. If deportation fails to occur and the defendant is pending any further immigration proceedings, she shall immediately report to the U.S. Probation Office to begin her term of supervised release.* On March 15, 2005, Duan Li was sentenced to time served (77 days) followed by a two year term of supervised release, and turned over to the custody of the Immigration and Customs Enforcement (ICE). On July 28, 2005, Duan Li was released from the Department of Corrections on Guam pending immigration proceedings and after posting bond. On November 1, 2005, the U.S. Probation Office received notification of the release. Attempts have been made to contact the defendant, however BICE cannot locate him, and does not have any contact information.

**Recommendation**: This probation officer respectfully requests that the Court issue a Warrant for Duan Li in order to appear at a scheduled hearing to answer or show cause why his term of supervised release should not be revoked.

DECLARATION IN SUPPORT OF PETITION
Violation of Supervised Release Conditions; Warrant Requested
Re: LI, Duan
USDC Cr. Cs. No. 05-00001-001
May 31, 2006
Page 2

Executed this  31st  day of May 2006, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *Judy Anne L. Ocampo*
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Russell C. Stoddard, First U.S. Attorney
    Rawlen Mantanona, Defense Counsel
    File