AO 442  (Rev 10/03) Warrant for Arrest

**FILED**
**DISTRICT COURT OF GUAM**

# UNITED STATES DISTRICT COURT

DEC 11 2007

District of _____ GUAM

JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA

V.

DUAN LI

**WARRANT FOR ARREST**

Case Number: CR-05-00001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DUAN LI _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED
(See attached Petition and Violation Report)

in violation of Title __18__ United States Code, Section(s) __3583__

MARILYN B. ALCON
Name of Issuing Officer

Marilyn B. Alcon
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

6/14/2006
Date

Hagatna, Guam
Location

ORIGINAL

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 6/14/2006 | NAME AND TITLE OF ARRESTING OFFICER Jeffrey Green IEA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/11/2007 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ DUAN LI _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: