**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: CR-05-00001                DATE: December 11, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                     Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore/Walter M. Tenorio     Electronically Recorded: 3:08:55 - 3:23:23
CSO: L. Ogo

**APPEARANCES:**

Defendant: Duan Li                               Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.                ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black                U.S. Agent:
U.S. Probation: Judy Ocampo                      U.S. Marshal: T. Muna
Interpreter: Julia Berg                          Language: Chinese Mandarin

**PROCEEDINGS: Initial Appearance re Petition to Revoke Supervised Release**
- Defendant admits to the allegations.
- Government recommended release and for the court to remove the condition that defendant complete community service.
- Defendant released.
- Report and Recommendation to be issued to the District Judge.

NOTES: Federal Public Defender appointed to represent the defendant.