# UNITED STATES DISTRICT COURT

DISTRICT **GUAM**

**UNITED STATES OF AMERICA**

V.

**DUAN LI**

**NOTICE**

CASE NUMBER: **CR-05-00001**

TYPE OF CASE:

☒ CIVIL    X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse | 4th Floor Courtroom |
| 520 West Soledad Avenue | DATE AND TIME |
| Hagatna, Guam 96910 | February 13, 2008 at 9:30 A.M. |

TYPE OF PROCEEDING

**DISPOSITION HEARING**

☐ **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 23, 2008                                      Virginia T. Kilgore
DATE                                                             /s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
       Office of the Federal Public Defender
       U.S. Probation Office
       U.S. Marshals Service