AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**UNITED STATES OF AMERICA**

V.

**DUAN LI**

**NOTICE**

CASE NUMBER: **CR-05-00001**

TYPE OF CASE:

CIVIL X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**DISPOSITION HEARING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances M. Tydingco-Gatewood | February 13, 2008 at 9:30 A.M. | February 14, 2008 at 11:00 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 7, 2008 Virginia T. Kilgore
DATE /s/ (BY) DEPUTY CLERK

TO: U.S. Attorney's Office
 Law Offices of Federal Public Defender
 U.S. Probation Office
 U.S. Marshals Service