# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES

CASE NO.: CR-05-00001          DATE: February 14, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 1:49:30 - 1:55:40 |
| CSO: J. Lizama | |

---

**APPEARANCES:**

Defendant: Duan Li          Attorney: Richard Arens

☑Present ☐Custody ☐Bond ☐P.R.      ☑Present ☐Retained ☑FPD ☐CJA

U.S. Attorney: Frederick A. Black          U.S. Agent:

U.S. Probation: Judy Ocampo          U.S. Marshal: T. Muna / V. Roman

Interpreter: Julia Berg          Language: Chinese Mandarin

---

**PROCEEDINGS: Disposition Hearing**

- Probation reported that defendant has been in compliance and recommended continued supervised release.
- The Court adopted the Report and Recommendation by Magistrate Judge Joaquin V.E. Manibusan, Jr.

NOTES: